# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: APPOINTMENT TO THE      : No. 765
                                       :

JUDICIAL CONDUCT BOARD     : SUPREME COURT RULES DOCKET

## ORDER

**PER CURIAM**

**AND NOW**, this 1st day of May, 2018, the Honorable Patricia H. Jenkins (retired), Delaware County, is hereby appointed as a member of the Judicial Conduct Board for a term of four years, commencing August 16, 2018.